MARTIN *v.* MARTIN.

ATKINSON, J. No complaint is made of any error of law committed at the trial; and the evidence, though conflicting, was sufficient to support the judgment allowing temporary alimony and attorney's fees.

*Judgment affirmed. All the Justices concur.*

No. 1513. JANUARY 14, 1920.

Temporary alimony, etc. Before Judge Hodges. Franklin superior court. May 24, 1919.

*Alex. S. Johnson,* for plaintiff in error.

*Linton Johnson,* contra.

---

SPINKS *v.* SPINKS.

HILL, J. Under the evidence the court did not abuse its discretion in awarding to the plaintiff $10 per month as temporary alimony and $30 as attorneys' fees.

*Judgment affirmed. All the Justices concur.*

No. 1520. JANUARY 14, 1920.

Temporary alimony, etc. Before Judge Howard. Taylor superior court. May 28, 1919.

*C. W. Foy,* for plaintiff in error. *Jere M. Moore,* contra.